UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **KELLY McCARTHY-BEAM,** : | |
|     Plaintiff : | |
| : | |
| v. : | File No. 1:09-cv-00272-jgm |
| : | |
| **SOCIAL SECURITY ADMINISTRATION,** : | |
| **COMMISSIONER,** : | |
|     Defendant : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed December 17, 2010. (Doc. 19.) While the Court notes the Procedural History and Relevant Medical Evidence each contain a typographical error, they do not affect the analysis of the case.[1] After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

The Plaintiff's Motion to Reverse (Paper 12) is GRANTED.  The Defendant's Motion for Order Affirming the Decision of the Commissioner (Paper 17) is DENIED.  This case is REMANDED for further administrative proceedings in accordance with the Report and Recommendation.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 10th day of February, 2011.

                                      /s/ J. Garvan Murtha
                                      J. Garvan Murtha
                                      Senior United States District Judge

---

[1] The last date the Plaintiff was insured for disability benefits was September 30, 2003, not September 30, 2002.  See Report and Recommendation at 2.  The date of Plaintiff's missed appointment with Ms. Morgan was January 29, 1999, not January 29, 1998.  Id. at 14.